**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS PULLIAM, | ) NO. CV 06-01194-GAF (MAN) |
|                Petitioner, | ) |
| | ) |
|    v. | ) JUDGMENT |
| | ) |
| STUART J. RYAN, Warden, | ) |
| | ) |
|              Respondent. | ) |
| _____ | ) |

      Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>February 11, 2009</u>

                                                   _____
                                               GARY A. FEESS
                                 UNITED STATES DISTRICT JUDGE